```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :   LIMITED UNSEALING ORDER
                                       :
            -v.-                       :   20 Cr. 481 (UA)
                                       :
THOMAS SANTOS,                         :
    a/k/a "Chris Lee,"                 :
    a/k/a "Fat Boy,"                   :
    a/k/a "Gordo,"                     :
    a/k/a "Big Man,"                   :
                                       :
ADREAN COOMBS,                         :
    a/k/a "Swells,"                    :
                                       :
JEFFREY GUZMAN, and                    :
                                       :
VICTOR DEL VALLE,                      :
                                       :
            Defendants.                :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Elizabeth A. Espinosa and Jarrod L. Schaeffer;

It is found that the Indictment in the above-captioned action, 20 Cr. 481, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed for the limited purpose of issuing corrected arrest warrants, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed for the limited purpose of issuing corrected arrest

warrants and remain otherwise sealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       September 21, 2020

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE